IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00461-CMA-MJW

QFA ROYALTIES LLC, and
THE QUIZNO'S MASTER LLC,

Plaintiffs,

v.

Q OF O, LLC,
KIMBRE L. ANDERSON,
DONNA J. JOHNSON,
PHILLIP S. JOHNSON,
DALE A. THOMAS, JR.,
DALE A. THOMAS, SR., and
P&D SUBS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant/Cross-Claim Defendant Dale Thomas Sr.'s Unopposed Motion to Amend the Scheduling Order (Docket No. 66) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 45) is AMENDED such that the deadline to designate and disclose affirmative experts is extended to October 20, 2015.

Date: October 8, 2015